UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH
NORTHERN DIVISION

IN RE:                                              CASE NO. 10-34118
                                                    CHAPTER 13
RICHARD M. STOECKL
CINDY F. STOECKL                                    JUDGE R. KIMBALL MOSIER

        DEBTORS                                     **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Lon A Jenkins files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** RUSHMORE LOAN MANAGEMENT SERVICES

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---------------|----------------|----------------|---------------|-------------|
| 13 | 2412 | $4,876.18 | $4,876.18 | $4,876.18 |

| Total Amount Paid by Trustee | | | | $4,876.18 |
|---|---|---|---|---|

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-34118

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on November 09, 2015.

RICHARD M. STOECKL AND CINDY F. STOECKL, 565 E. 3550 N, OGDEN, UT 84414

RUSHMORE LOAN MANAGEMENT SERVICES, PO BOX 52708, IRVINE, CA 92619

MORRISON & MURFF, ECF Notification

UNITED STATES TRUSTEE - ECF Notification

Date: 11/09/2015

/s/ Lon A Jenkins
Lon A Jenkins
Chapter 13 Trustee
405 South Main Street, Suite 600
Salt Lake City, UT 84111